UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:22-CR-00384 |
| | ) | |
| MICHAEL WILSON | ) | |
| | ) | |

### GOVERNMENT'S MOTION FOR SUBSTITUTION OF COUNSEL

The United States of America, hereby gives notice that Assistant United States Attorney Stephanie N. Toussaint should be substituted in the place of Assistant United States Attorney John K. Webb, as the attorney for the Government in this case.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:    s/ Stephanie N. Toussaint
Stephanie N. Toussaint
Assistant U. S. Attorney
719 Church St., Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I electronically served one copy of the forgoing document by using the CM/ECF system.

   s/ Stephanie N. Toussaint
Stephanie N. Toussaint
Assistant United States Attorney